2

**DEBBIE BANKS**
16212 W SUPERIOR AVE
GOODYEAR, AZ 85338
Debtor Pro Se

**FILED**

DEC 0 4 2009



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | |
|---|---|---|
| | ) | Chapter 7 Proceeding |
| Debbie Banks | ) | 09-28312 |
| | ) | |
| | ) | RESPONSE TO MOTION FOR RELIEF |
| | ) | FROM THE AUTOMATIC STAY |
| Debtor | ) | |

Comes now debtor and for her response to Movant's Motion To Lift The Automatic Bankruptcy Stay and enters the following.

The property in question, and the subject of the motion, is the residence of debtor.

The motion should be denied.

Specifically, answering the motion through the bottom of the second page, debtor admits the allegations save and except at to the alleged default date.

Debtor denies the allegations on the third page.

Further, debtor is attempting a mortgage (deed of trust) modification, and will need time to complete that process. If the mortgage and note are modified, or some other forbearance is arranged, there will be no harm to the movant, and equity demands that the motion be stayed and

. . . . . . . .

continued until that time.

Wherefore, debtor prays that the motion be denied.

DATED this 3rd day of Dec. 2009.

*Debbie Banks* (signature)
Debbie Banks

Copy of the foregoing mailed this
3d day of Dec. 2009,
to the following:

**DALE D. ULRICH**
PMB-615 1928 E. HIGHLAND, #F104
PHOENIX, AZ 85016-4626

Tiffany & Basco
2525 East Camelback Rd., Ste 300
Phoenix, AZ 85016

By (signature)